UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
MICHAL KONOPKA, on behalf of himself and all others similarly situated,

                        No. 25 Civ. 811

                  Plaintiff,

      - against –

PACE PLUMBING CORP. d/b/a THE PACE COMPANIES, PACE PLUMBING DELAWARE CORP., and EAGLESTONE LLC d/b/a EAGLESTONE HOLDINGS, LLC and EAGLESTONE NY, LLC,

                  Defendants.
---------------------------------------------------------------------------X

## NOTICE OF APPEARANCE
## FOR GARRETT KASKE

PLEASE TAKE NOTICE that, I, Garrett Kaske, hereby respectfully enter an appearance for the Plaintiff in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
       February 12, 2025

                                      Respectfully submitted,

                                      Garrett Kaske
                                      **KESSLER MATURA P.C.**
                                      534 Broadhollow Road, Suite 275
                                      Melville, New York 11747
                                      Telephone: (631) 499-9100
                                      Email: gkaske@kesslermatura.com

                                      ***Attorneys for Plaintiff and the Putative Class***