Index No: Case 25-CIV-811
Attorney: Kessler Matura P.C.
File No.

United States District Court
Eastern District of New York

Michal Konopka, on behalf of himself and all others similarly situated,

                          Plaintiff(s)

vs.

Pace Plumbing Corp. d/b/a The Pace Companies, Pace Plumbing Delaware Corp., and Eaglestone LLC d/b/a Eaglestone Holdings, LLC and Eaglestone NY, LLC

                          Defendant

ALL PAPERS SERVED CONTAINED THE INDEX NUMBER AND DATE FILED

State of New York, County of Albany

    Deborah J. Smith, being duly sworn, deposes and says that she is over the age of 18 years, resides in the State of New York, and is not a party to this action.

    That on the **19th** day of **February, 2025**, at 2:15 P.M., at the office of the Secretary of State of the State of New York, in the City of Albany, New York, she served the annexed Summons in a Civil Action and Class Action Complaint **upon**

**Pace Plumbing Delaware Corp.**, a Defendant

in this action, by delivering to and leaving with Nancy Dougherty
Description: Female   White   Brown Hair   58 Years   4'11"   125 Lbs.

[xxxx]  A Clerk in the office of the Secretary of State of the State of New York, two [2] true copies thereof and at the time of making such service, deponent paid said Secretary of State, a fee of $ 40.00. That said service was made pursuant to Section 306, NYS Business Corporation Law.

    Deponent further says that she knew the person as aforesaid to be the Clerk in the office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
20th day of February, 2025

                              Deborah J. Smith
                    Diversified Corporate Services Int'l. Inc.
                      99 Washington Avenue, Suite 702
                          Albany, New York  12210

Cynthia M Wallace
Notary Public, State of New York
Qualified in Rensselaer County
No. 01WA6431525
Commission Expires 4/11/20__

```
                                    Index No: Case 25-CIV-811
                                    Attorney: Kessler Matura P.C.
                                    File No.
```

United States District Court
<u>Eastern District of New York</u>
Michal Konopka, on behalf of himself and all others similarly situated,

                        Plaintiff(s)

vs.                            **ALL PAPERS SERVED CONTAINED THE INDEX NUMBER AND DATE FILED**

Pace Plumbing Corp. d/b/a The Pace Companies, Pace Plumbing Delaware Corp., and Eaglestone LLC d/b/a Eaglestone Holdings, LLC and Eaglestone NY, LLC

                        <u>Defendant</u>

State of New York, County of Albany

    Deborah J. Smith, being duly sworn, deposes and says that she is over the age of 18 years, resides in the State of New York, and is not a party to this action.

    That on the **19th** day of **February, 2025**, at 2:15 P.M., at the office of the Secretary of State of the State of New York, in the City of Albany, New York, she served the annexed Summons in a Civil Action and Class Action Complaint **upon**

**Eaglestone, LLC,** a Defendant

in this action, by delivering to and leaving with Nancy Dougherty
Description: Female   White   Brown Hair   58 Years   4'11"   125 Lbs.

[xxxx]   A Clerk in the office of the Secretary of State of the State of New York, two [2] true copies thereof and at the time of making such service, deponent paid said Secretary of State, a fee of $ 40.00. That said service was made pursuant to Section 303, NYS Revised Limited Liability Company Law.

    Deponent further says that she knew the person as aforesaid to be the Clerk in the office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
20th day of February, 2025

                                _Deborah J. Smith_
                          Diversified Corporate Services Int'l. Inc.
                            99 Washington Avenue, Suite 702
                              Albany, New York  12210

Cynthia M Wallace
Notary Public, State of New York
Qualified in Rensselaer County
No. 01WA6431525
Commission Expires 4/11/20[??]

Index No: Case 25-CIV-811
Attorney: Kessler Matura P.C.
File No.

United States District Court
<u>Eastern District of New York</u>

Michal Konopka, on behalf of himself and all others similarly situated,

                                          Plaintiff(s)

                        vs.

Pace Plumbing Corp. d/b/a The Pace Companies, Pace Plumbing Delaware Corp., and Eaglestone LLC d/b/a Eaglestone Holdings, LLC and Eaglestone NY, LLC

                                          Defendant

ALL PAPERS SERVED CONTAINED THE INDEX NUMBER AND DATE FILED

State of New York, County of Albany

     Deborah J. Smith, being duly sworn, deposes and says that she is over the age of 18 years, resides in the State of New York, and is not a party to this action.

     That on the **19th** day of **February, 2025**, at 2:15 P.M., at the office of the Secretary of State of the State of New York, in the City of Albany, New York, she served the annexed Summons in a Civil Action and Class Action Complaint **upon**

**Pace Plumbing Delaware Corp.**, survivor of merger with Pace Plumbing Corp., a Defendant - merger effective 02/07/2025

in this action, by delivering to and leaving with Nancy Dougherty Description: Female   White   Brown Hair   58 Years   4'11"   125 Lbs.

[xxxx]   A Clerk in the office of the Secretary of State of the State of New York, two [2] true copies thereof and at the time of making such service, deponent paid said Secretary of State, a fee of $ 40.00. That said service was made pursuant to Section 306, NYS Business Corporation Law.

     Deponent further says that she knew the person as aforesaid to be the Clerk in the office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
20th day of February, 2025

                                              Deborah J. Smith
                               Diversified Corporate Services Int'l. Inc.
                                  99 Washington Avenue, Suite 702
                                      Albany, New York  12210

Cynthia M Wallace
Notary Public, State of New York
Qualified in Rensselaer County
No. 01WA6431525
Commission Expires 4/11/26