# Exhibit A




YES WE CAN.

February 6, 2025

Re: Notice pursuant to the New York Worker Adjustment and Retraining Notification Act ("NY WARN Act") and the federal Worker Adjustment and Retraining Notification Act ("WARN Act")

Dear Employee:

Pursuant to the NY WARN Act and the federal WARN Act, we write with the unfortunate news that the entire business operations of Pace Plumbing Corporation located at 41 Box Street, Brooklyn, NY 11222 (the "Company") are completely shutting down, effective February 6, 2025 (the "Shut Down Date"). This will cause the work being performed at all jobsites by the Company's employees to cease immediately. Also, as a result of this plant closing, all employees working for the Company will be terminated permanently on the Shut Down Date or within the 14-day period starting on that Shut Down Date. To the Company's best understanding, this affects all of the Company's 218 employed employees. The affected employees do not have bumping rights.

The Company would have given more notice of this closure but it was unable to do so before now for several reasons. The Company, through its parent companies, including but not limited to Eaglestone Holdings, LLC ("Eaglestone"), was actively seeking continued funding and forbearance from its primary lender pursuant to various credit facility and forbearance agreements, which Eaglestone and the Company reasonably believed would have enabled an orderly winddown of Pace Plumbing over an at least 90-day period to allow for timely notice under the NY WARN Act and the federal WARN Act. Indeed, Eaglestone has worked tirelessly seeking to obtain assurances and liquidity from its primary lender to complete the contemplated orderly winddown of Pace Plumbing and ensure a smooth transition of Pace Plumbing's projects to replacement contractors. During this process, Eaglestone and the Company reasonably believed that providing notice under the NY WARN Act and the federal WARN Act would have precluded the ability to obtain those assurances and that liquidity.

For the first time late in the evening on Tuesday, January 28, 2025, the primary lender informed Eaglestone that it had decided it would no longer fund the business beginning on Monday, February 3, 2025, and required Eaglestone to pay to the lender all capital Eaglestone and the Company could have used to continue to employ the Company's employees during the before-contemplated 90-day winddown period. This decision by the lender was sudden, dramatic and unexpected and, with no other avenues of funding from other sources available, required the Company to shut down and terminate all its employees on the Shut Down date.

You are also hereby notified that, as a result of your employment loss, you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment from the New York State Department of Labor or its workforce partners upon your termination. You may also be eligible for unemployment insurance benefits after your last day of employment. Whenever possible, the New York State Department of Labor will contact your employer to arrange to provide additional information regarding these benefits and services to you through workshops, interviews, and other activities that will be scheduled prior to the time your employment ends. If your job has already ended, you can also access

41 BOX STREET BROOKLYN, NY 11222
TEL: 718.389.6100

www.thepacecompanies.com



**PACE**

YES WE CAN.

re-employment information and apply for unemployment insurance benefits on the Department's website or you may use the contact information provided on the website or visit one of the Department's local offices for further information and assistance.

The statements made in this notice are based on the best information currently available to the Company and I attest to them. Facts may change due to subsequent events. You will be provided additional information as required by law. If you have any questions, please contact me at 551 5th Avenue, 9th Floor, New York, NY 10176, HR@eaglestoneny.com or call 212-314-4993.

The Company thanks you for your service and wishes you the best in your future endeavors.

Sincerely,

Andrea Bondietti
Senior Vice President Human Resources



41 BOX STREET BROOKLYN, NY 11222

www.thepacecompanies.com