# Exhibit C

EFiled: Feb 17 2025 04:33PM EST
Transaction ID 75656950
Case No. 2025-0176-

**EXHIBT 3**

# Eaglestone Structure

As of February 12, 2025

[1] The Pace Companies New York, LLC has the right to acquire 100% of Manengeering Bureau, Inc. upon default under the promissory note.

[2] NY Design Consulting, LLC and certain of its affiliates provide certain services to New York Engineers, P.C. pursuant to a Management Services Agreement.

Key:

SOLD
- NY Design Consulting, LLC – Transaction closed in 2024.
- Solar Energy Systems, LLC – Transaction closed on 12/31/24.
- 360 Fire Prevention LLC – Transaction closed on 12/31/24.
- PJM Sale – Transaction closed on 1/24/25.
- CET Sale – Transaction closed on 2/5/2025.

DISSOLVED
- Energy Conservation & Supply, Inc. – Dissolved in 2024.
- Lotus Safety Solutions, LLC – Dissolved in 2024.

ABC
- Assignment for the Benefit of Creditors – To be filed February 2025.

