AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MICHAL KONOPKA et al.,<br>*Plaintiffs*<br>v.<br>PACE PLUMBING CORP., et al.,<br>*Defendants* | )<br>)<br>)  Case No. 25 CV 811 (RER) (CLP)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,    .

Date: 03/13/2025

/s/ Adrianna R. Grancio
*Attorney's signature*

Adrianna R. Grancio, Esq., AG7412
*Printed name and bar number*

Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
*Address*

agrancio@vandallp.com
*E-mail address*

(212) 943-9080
*Telephone number*

(212) 943-9082
*FAX number*