# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| MICHAL KONOPKA et al., | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Case No. 25 CV 811 (RER) (CLP) |
| PACE PLUMBING CORP., et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
PLAINTIFFS TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND.

Date: 03/13/2025

/s/ Charles R. Virginia
*Attorney's signature*

Charles R. Virginia, Esq., CV8214
*Printed name and bar number*

Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
*Address*

cvirginia@vandallp.com
*E-mail address*

(212) 943-9080
*Telephone number*

(212) 943-9082
*FAX number*