Index No: Case 25-CIV-811(RER)(CLP)
Attorney: Kessler Matura P.C.
File No.

United States District Court
Eastern District of New York
Michal Konopka, on behalf of himself and all others similarly situated, et al.,

                    Plaintiff(s)

**ALL PAPERS SERVED CONTAINED THE INDEX NUMBER AND DATE FILED**

vs.

Pace Plumbing Corp., Pace Plumbing Delaware Corp., The Pace Companies New York, LLC, Pace Field Services, LLC, d/b/a Pace Mechanical, and Eaglestone, LLC d/b/a Eaglestone NY, LLC, and Aterian Investment Management, LP d/b/a Aterian Investment Partners,

                    Defendant(s)

State of New York, County of Albany

    Deborah J. Smith, being duly sworn, deposes and says that she is over the age of 18 years, resides in the State of New York, and is not a party to this action.

    That on the **27th** day of **March, 2025**, at 4:00 P.M., at the office of the Secretary of State of the State of New York, in the City of Albany, New York, she served the annexed Summons in a Civil Action and First Amended Class Action Complaint **upon**

**Aterian Investment Management, LP,** a Defendant

in this action, by delivering to and leaving with Nancy Dougherty Description: Female   White   Brown Hair   58 Years   4'11"   125 Lbs.

[xxxx]   A Clerk in the office of the Secretary of State of the State of New York, two [2] copies thereof and at the time of making such service, deponent paid said Secretary of State, a fee of $ 40.00.  That said service was made pursuant to Section 121-109(a), NYS Revised Limited Partnership Law.

    Deponent further says that she knew the person as aforesaid to be the Clerk in the office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
28th day of March, 2025

                                _____
                                Deborah J. Smith
                         Diversified Corporate Services Int'l. Inc.
                           99 Washington Avenue, Suite 702
                               Albany, New York  12210

Megan Elizabeth Ferro
**Megan Elizabeth Ferro**
**Notary Public, State of New York**
**No. 01FE6223313**
**Qualified in Rensselaer County**
**Commission Expires June 14, 26**