Index No: Case 25-CIV-811(RER)(CLP)
Attorney: Kessler Matura P.C.
File No.

United States District Court
<u>Eastern District of New York</u>
Michal Konopka, on behalf of himself and all others similarly situated, et al.,

       Plaintiff(s)

    vs.        **ALL PAPERS SERVED CONTAINED THE INDEX NUMBER AND DATE FILED**

Pace Plumbing Corp., Pace Plumbing Delaware Corp., The Pace Companies New York, LLC, Pace Field Services, LLC, d/b/a Pace Mechanical, and Eaglestone, LLC d/b/a Eaglestone NY, LLC, and Aterian Investment Management, LP d/b/a Aterian Investment Partners,
           <u>Defendant</u>

State of New York, County of Albany

  Deborah J. Smith, being duly sworn, deposes and says that she is over the age of 18 years, resides in the State of New York, and is not a party to this action.

  That on the **27th** day of **March, 2025**, at 4:00 P.M., at the office of the Secretary of State of the State of New York, in the City of Albany, New York, she served the annexed Summons in a Civil Action and First Amended Class Action Complaint **upon**

**Pace Field Services, LLC,** a Defendant

in this action, by delivering to and leaving with Nancy Dougherty
Description: Female   White   Brown Hair   58 Years   4'11"   125 Lbs.

[xxxx] A Clerk in the office of the Secretary of State of the State of New York, one [1] copy thereof and at the time of making such service, deponent paid said Secretary of State, a fee of $ 40.00. That said service was made pursuant to Section 304, NYS Limited Liability Company Law. An additional copy of said papers was mailed to the defendant, at it's current registered agent-registered address, by registered mail, return receipt requested, to:

     **Pace Field Services, LLC**
  **C/O Corporate Creations Network Inc., Registered Agent**
     **1521 Concord Pike, Suite 201**
      **Wilmington, DE  19803**

on the **28th** day of **March, 2025**, together with notice thereof.
**Registered Mail No. RA372524059US.**

  Deponent further says that she knew the person as aforesaid to be the Clerk in the office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Sworn to before me on this

28th day of March, 2025

Megan Elizabeth Ferro
Notary Public, State of New York
No. 01FE6223313
Qualified in Rensselaer County
Commission Expires June 14, 26

_Megan Elizabeth Ferro_

Deborah J. Smith
Diversified Corporate Services Int'l. Inc.
99 Washington Avenue, Suite 702
Albany, New York  12210