Index No: Case 25-CIV-811(RER)(CLP)
Attorney: Kessler Matura P.C.
File No.

United States District Court
Eastern District of New York
Michal Konopka, on behalf of himself and all others similarly situated, et al.,

                Plaintiff(s)

**ALL PAPERS SERVED CONTAINED THE INDEX NUMBER AND DATE FILED**

vs.

Pace Plumbing Corp., Pace Plumbing Delaware Corp., The Pace Companies New York, LLC, Pace Field Services, LLC, d/b/a Pace Mechanical, and Eaglestone, LLC d/b/a Eaglestone NY, LLC, and Aterian Investment Management, LP d/b/a Aterian Investment Partners,

                Defendant(s)

State of New York, County of Albany

    Deborah J. Smith, being duly sworn, deposes and says that she is over the age of 18 years, resides in the State of New York, and is not a party to this action.

    That on the **27th** day of **March, 2025**, at 4:00 P.M., at the office of the Secretary of State of the State of New York, in the City of Albany, New York, she served the annexed Summons in a Civil Action and First Amended Class Action Complaint **upon**

**Pace Plumbing Delaware Corp.**, a Defendant

in this action, by delivering to and leaving with Nancy Dougherty
Description: Female   White   Brown Hair   58 Years   4'11"   125 Lbs.

[xxxx]   A Clerk in the office of the Secretary of State of the State of New York, two [2] true copies thereof and at the time of making such service, deponent paid said Secretary of State, a fee of $ 40.00.  That said service was made pursuant to Section 306, Business Corporation Law.

    Deponent further says that she knew the person as aforesaid to be the Clerk in the office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
28th day of March, 2025

_Deborah J. Smith_
Deborah J. Smith
Diversified Corporate Services Int'l. Inc.
99 Washington Avenue, Suite 702
Albany, New York  12210

_Megan Elizabeth Ferro_
Megan Elizabeth Ferro
Notary Public, State of New York
No. 01FE6223313
Qualified in Rensselaer County
Commission Expires June 14, 20