UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- X

| | |
|---|---|
| MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, | No.: 25 Civ. 811 (RER)(CLP)<br><br>**DECLARATION OF GARRETT KASKE IN SUPPORT OF PLAINTIFFS' REQUEST FOR A CERTIFICATE OF DEFAULT** |
| Plaintiffs, | |
| - against - | |
| PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS, | |
| Defendants. | |

-------------------------------------------------------------------------------- X

I, GARRETT KASKE, hereby declare as follows:

1. I am a partner at the law firm of Kessler Matura, P.C., co-counsel for Plaintiffs, and fully familiar with the facts and circumstances of this matter. I make this declaration pursuant to Rule 55.1 of the Civil Rules for the Eastern District of New York, in support of Plaintiffs' application for the entry of a default judgment against Defendants Pace Plumbing Corp., Pace Plumbing Delaware Corp., The Pace Companies New York, LLC, Pace Field Services LLC d/b/a Pace Mechanical, Eaglestone LLC d/b/a Eaglestone NY, LLC, and Aterian Investment Management, LP d/b/a Aterian Investment Partners.

2. This action was commenced pursuant to the Worker Adjustment and Retraining Notification Act ("WARN Act"), 29 U.S.C. § 2101, *et seq.*, and New York Worker Adjustment and

Retraining Notification Act ("NY WARN Act"), N.Y. Lab. Law § 860, *et seq.*. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 2104, and the doctrine of supplemental jurisdiction under 28 U.S.C. § 1367.

3. Plaintiffs filed the First Amended Class and Collective Action Complaint (ECF No. 8) (the "Complaint") on March 12, 2025. Plaintiffs received the issued Summons the same day (ECF No. 10).

4. The time for the Defendants to answer or otherwise move with respect to the operative complaint has expired, as follows:

| Defendant | Date and Time Served | Method of Service | Answer Due Date | Docket Entry No. |
|---|---|---|---|---|
| Pace Plumbing Corp. | 03/27/2025 at 4:00 pm | Service upon the Secretary of State of New York, pursuant to Section 306 of the New York State Business Corporation Law ("BCL 306"). | 04/17/2025 | 18 |
| Pace Plumbing Delaware Corp. | 03/27/2025 at 4:00 pm | Service upon the Secretary of State of New York, pursuant to BCL 306. | 04/17/2025 | 19 |
| The Pace Companies New York, LLC | 03/27/2025 at 4:00 pm | Service upon the Secretary of State of New York, pursuant to Section 304 of the New York Limited Liability Company Law ("LLCL 304"). | 04/17/2025 | 20 |
| Pace Field Services LLC | 03/27/2025 at 4:00 pm | Service upon the Secretary of State of New York, pursuant to LLCL 304. | 04/17/2025 | 17 |
| Eaglestone LLC | 03/27/2025 at 4:00 pm | Service upon the Secretary of State of New York, pursuant to Section 303 of the New York Limited Liability Company Law. | 04/17/2025 | 16 |

| | | | | |
|---|---|---|---|---|
| Aterian Investment Management, LP | 03/27/2025 at 4:00 pm | Service upon the Secretary of State of New York, pursuant to Section 121-109(a) of the New York Limited Partnership Law. | 04/17/2025 | 15 |

5. Plaintiffs filed the above-referenced affidavits of service on March 31, 2025 (ECF Nos. 15-20), stating the time, date, and method of service.

6. As a result, Defendants' time to answer or otherwise move with respect to the Complaint was set as listed in paragraph 4 above.

7. Defendants have not answered or otherwise moved with respect to the Complaint, and the time for the Defaulting Defendants to answer or otherwise move has not been extended.

8. Defendants are not infants or incompetents. Defendants are not presently in the military service of the United States as appears from the facts in this litigation. Defendants consist of three corporations, two limited liability companies, and a limited partnership.

9. Defendants are indebted to Plaintiffs and the Class (as defined in paragraph 3 of the Complaint) in the following manner:

   a. On February 6, 2025, Defendants terminated all of the employees of Pace Plumbing Corp., Pace Plumbing Delaware Corp., The Pace Companies New York, LLC, and Pace Field Services LLC – exceeding 300 individuals, including Plaintiffs Konopka and Bosotina, without sufficient written notice as required by the WARN Act and NY WARN Act (collectively, "WARN Acts").

   b. As a result, Plaintiffs and the putative Class seek damages equal to the sum of: their unpaid wages, salary, commissions, bonuses, accrued holiday pay, accrued vacation pay, benefit contributions, pension, and 401(k) contributions, COBRA, and other employee benefits, for statutorily-required period of time, that would have been

covered and paid under the then-applicable employee benefit plans had that coverage continued for that period, all determined in accordance with the WARN Acts, and attorneys' fees and costs.

WHEREFORE, Plaintiffs request that the default of Defendants Pace Plumbing Corp., Pace Plumbing Delaware Corp., The Pace Companies New York, LLC, Pace Field Services LLC d/b/a Pace Mechanical, Eaglestone LLC d/b/a Eaglestone NY, LLC, and Aterian Investment Management, LP d/b/a Aterian Investment Partners, be noted and a certificate of default issued.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Melville, New York
April 18, 2025

Respectfully submitted,

*(signature)*

―――――――――――――
Garrett Kaske

KESSLER MATURA, P.C.
Troy L. Kessler
Garrett Kaske
534 Broadhollow Rd, Ste 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

SUGAR LAW CENTER FOR ECONOMIC &
SOCIAL JUSTICE
John C. Philo*
Anthony D. Paris*
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
(313) 993-4505
jphilo@sugarlaw.org
tparis@sugarlaw.org

*pro hac vice application forthcoming

*Attorneys for Plaintiffs Michal Konopka and Dragan Bosotina and the Putative Class*

PITTA LLP
Jane Lauer Barker
120 Broadway, 28th Floor
New York, NY  10271
(tel.) 212-652-3828
(fax) 212-652-3891
jbarker@pittalaw.com

*Attorneys for Plaintiff Plumbers Union Local No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Fitting Industry of the United States and Canada*

VIRGINIA & AMBINDER, LLP
Charles R. Virginia, III
Adrianna R. Grancio
40 Broad Street, 7th Floor
New York, NY 10004
(212) 943-9080
cvirginia@vandallp.com
agrancio@vandallp.com

*Attorneys for Plaintiff Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, 401(k) Savings Plan, United Association National Pension Fund, and International Training Fund*