UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf :
of themselves and all others similarly situated, PLUMBERS : No.: 25 Civ. 811
UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF : (RER)(CLP)
JOURNEYMEN AND APPRENTICES OF THE PLUMBING :
AND FITTING INDUSTRY OF THE UNITED STATES AND : **REQUEST FOR**
CANADA,  TRUSTEES OF THE PLUMBERS LOCAL UNION : **CERTIFICATE OF**
NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and : **DEFAULT**
401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED :
ASSOCIATION NATIONAL PENSION FUND, and :
TRUSTEES OF THE INTERNATIONAL TRAINING FUND, :
 :
                        Plaintiffs, :
 :
 :
     - against - :
 :
 :
PACE PLUMBING CORP., PACE PLUMBING DELAWARE :
CORP., THE PACE COMPANIES NEW YORK, LLC, PACE :
FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and :
EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and :
ATERIAN INVESTMENT MANAGEMENT, LP d/b/a :
ATERIAN INVESTMENT PARTNERS, :
 :
                        Defendants. :
------------------------------------------------------------------------------- X

TO:    BRENNA B. MAHONEY, Clerk of the Court
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

       Please enter the default of Defendants Pace Plumbing Corp., Pace Plumbing Delaware Corp., The Pace Companies New York, LLC, Pace Field Services LLC d/b/a Pace Mechanical, and Eaglestone LLC d/b/a Eaglestone NY, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached Declaration in Support of Request for Certification of Default.

Dated: Melville, New York
April 25, 2025

Respectfully submitted,

*(signature)*

Garrett Kaske

KESSLER MATURA, P.C.
Troy L. Kessler
Garrett Kaske
534 Broadhollow Rd, Ste 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE
John C. Philo*
Anthony D. Paris*
4605 Cass Ave., 2nd Floor
Detroit, Michigan 48201
(313) 993-4505
jphilo@sugarlaw.org
tparis@sugarlaw.org

*pro hac vice application forthcoming*

**Attorneys for Plaintiffs Michal Konopka and Dragan Bosotina and the Putative Class**

PITTA LLP
Jane Lauer Barker
120 Broadway, 28th Floor
New York, NY 10271
(tel.) 212-652-3828
(fax) 212-652-3891
jbarker@pittalaw.com

**Attorneys for Plaintiff Plumbers Union Local No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Fitting Industry of the United States and Canada**

VIRGINIA & AMBINDER, LLP
Charles R. Virginia, III

2

> Adrianna R. Grancio
> 40 Broad Street, 7th Floor
> New York, NY 10004
> (212) 943-9080
> cvirginia@vandallp.com
> agrancio@vandallp.com
>
> ***Attorneys for Plaintiff Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, 401(k) Savings Plan, United Association National Pension Fund, and International Training Fund***