UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X
MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf
of themselves and all others similarly situated, PLUMBERS
UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF
JOURNEYMEN AND APPRENTICES OF THE PLUMBING
AND FITTING INDUSTRY OF THE UNITED STATES AND
CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION
NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and
401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED
ASSOCIATION NATIONAL PENSION FUND, and
TRUSTEES OF THE INTERNATIONAL TRAINING FUND,

       Plaintiffs,

 - against -

PACE PLUMBING CORP., PACE PLUMBING DELAWARE
CORP., THE PACE COMPANIES NEW YORK, LLC, PACE
FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and
EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and
ATERIAN INVESTMENT MANAGEMENT, LP d/b/a
ATERIAN INVESTMENT PARTNERS,

       Defendants.
-------------------------------------------------------------------------------- X

No.: 25 Civ. 811
(RER)(CLP)

**CERTIFICATE OF DEFAULT**

  I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the default of Defendants Pace Plumbing Corp., Pace Plumbing Delaware Corp., The Pace Companies New York, LLC, Pace Field Services LLC d/b/a Pace Mechanical, and Eaglestone LLC d/b/a Eaglestone NY, LLC, are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
   April 29, 2025

                BRENNA B. MAHONEY, Clerk of Court

                By: *Jalitza Poveda*
                   Deputy Clerk