**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, 401(k) SAVINGS PLAN, and TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND,<br><br>*Plaintiffs*,<br><br>v.<br><br>PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,<br><br>*Defendants*. | Case No.: 1:25-cv-00811-RER-CLP<br><br>ECF Case<br><br>NOTICE OF MOTION OF MARTIN L. ROTH FOR ADMISSION *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Martin L. Roth in Support of this Motion and the Certificates of Good Standing annexed thereto, the undersigned will move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the Applicant to practice *pro hac vice* and appear as counsel of record for Defendant Aterian Investment Management, LP d/b/a Aterian Investment Partners in the above-captioned action.

I am a member in good standing of the Bars of the State of Illinois and the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the required Declaration and Certificates of Good Standing pursuant to Local Rule 1.3(c).

Dated: April 29, 2025
Chicago, Illinois

Respectfully submitted,

*/s/ Martin L. Roth*
Martin L. Roth, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel.: (312) 861-7170
martin.roth@kirkland.com

*Counsel for Aterian Investment Partners*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of April 2025, true and correct copies of the foregoing document and attachments thereto were served upon all counsel of record via the Court's CM/ECF system.

                                                */s/ Martin L. Roth*
                                                Martin L. Roth, P.C.