UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, 401(k) SAVINGS PLAN, and TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND,<br><br>    *Plaintiffs*,<br><br> v.<br><br>PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,<br>    *Defendants*. | Case No.: 1:25-cv-00811-RER-CLP<br><br>ECF Case |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The Motion of Martin L. Roth ("Applicant") for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Martin L. Roth, is permitted to argue and try this particular case in whole or in part as counsel for Defendant Aterian Investment Management LP d/b/a Aterian Investment Partners.

Applicant has declared that he is a member in good standing of the Bar of the State of Illinois and the Bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

Martin L. Roth  
Kirkland & Ellis LLP  
333 West Wolf Point Plaza  
Chicago, Illinois 60654  
Telephone: (312) 862-2000  
Fax: (312) 862-2200  
Email: martin.roth@kirkland.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Aterian Investment Management, LP d/b/a Aterian Investment Partners in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:_____, 2025

                                                    Hon. Cheryl L. Pollak  
                                                    United States Magistrate Judge