UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, 401(k) SAVINGS PLAN, and TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND,<br><br>                *Plaintiffs*,<br><br>  v.<br><br>PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,<br>                *Defendants*. | Case No.: 1:25-cv-00811-RER-CLP<br><br>ECF Case |

### DECLARATION OF MICHAEL K. SCIACCOTTA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, MICHAEL K. SCIACCOTTA, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.    I submit this Declaration in Support of my Motion for admission *pro hac vice* before the United States District Court for the Eastern District of New York to represent Defendant Aterian

Investment Management, LP d/b/a Aterian Investment Partners ("Aterian") in the above-captioned action.

2. I am a partner at the law firm Kirkland & Ellis LLP, 333 West Wolf Plaza, Chicago, Illinois 60654. I am an attorney admitted to practice law in the State of Illinois. I am a member in good standing of the Bar of the State of Illinois. I have not been censured, suspended, disbarred, or denied admission or re-admission by any court.

3. A true and correct copy of a Certificate of Good Standing issued within the past 30 days by the Bar of the State of Illinois accompanies this Declaration.

4. Aterian has requested that I represent them in this matter due to my familiarity with the facts and circumstances surrounding this matter and with applicable law.

5. I am admitted to practice law before the United States District Courts for the Northern District of Illinois and the Central District of Illinois, as well as the United States Court of Appeals for the Seventh Circuit.

6. I have never been convicted of a felony or been the subject of any criminal conviction.

8. I have never been the subject of a disciplinary sanction, and there are no disciplinary proceedings presently pending against me in any state or federal court.

9. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Eastern District of New York, and the New York Rules of Professional Conduct.

10. I understand that if I am admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed on the 29th day of April, 2025                     /s/ *Michael K. Sciaccotta*
                                                             Michael K. Sciaccotta