UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>                              Plaintiff,<br><br>- against -<br><br>PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,<br><br>                              Defendants. | 1:25-cv-00811-RER-CLP<br><br>Date of service May 20, 2025 |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Adam S. Mocciolo, Esq., hereby enters his appearance in this action as an attorney for Defendant Aterian Investment Management, LP.

Date:  New York, New York
         May 20, 2025

                                                    **AKERMAN LLP**

                                                    By: ___/s/ Adam S. Mocciolo_____
                                                    Adam S. Mocciolo, Esq.

1251 Avenue of the Americas, 37th Floor
New York, New York 10020
212.880.3800
adam.mocciolo@akerman.com

*Attorneys for Defendant Aterian Investment Management, LP*

81485805;1