

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Adrianna R. Grancio, Esq.**
Partner
agrancio@vandallp.com

June 18, 2025

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **RE:** *Konopka v. Pace Plumbing Corp. et al.,* 25 CV 811

Dear Judge Reyes:

  This firm represents the Plaintiffs Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan (the "Funds") in the above-referenced action. I write to respectfully request leave to appear at the pre-motion conference hearing scheduled for Monday, June 23, 2025 at 12:00 p.m. via telephone.

  Undersigned counsel is currently 28 weeks pregnant and, upon medical advice due to the impending heatwave, it has been recommended by my doctor that I work remotely on June 23, 2025. I am happy to provide Your Honor with supporting documentation if needed.

        Respectfully submitted,

        */s/Adrianna R. Grancio*
        Adrianna R. Grancio, Esq.

Cc: All Counsel of Record (via ECF)