# CIVIL MINUTE CALENDAR

**Before EDNY (<u>Brooklyn</u>), U.S. District Judge Ramón E. Reyes, Jr.**

**Courtroom 2E North**

**Date:** 6/23/2025                                **Time in Court:** 45 mins.

**Docket Number:** 25-cv-0811

**Case Title:** Konopka v. Pace Plumbing Corp., et al.

**Court Reporter:** Sophie Nolan                   **FTR Log:** N/A

**Law Clerk:** MQF

**Plaintiff(s)/Petitioner represented by:** Garrett D. Kaske and Troy L. Kessler for Michal Konopka;

Adrianna R. Grancio (by phone) for Trustees of the International Training Fund, Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, and Trustees of the United Association National Pension Fund (the "Funds Plaintiffs").

**Defendant(s)/Respondent represented by:** Adam S. Mocciolo and Ayelen Rodriguez for Aterian Investment Management, LP.

**Type of Hearing Held:** Premotion Hearing

**Pending Motion(s):** N/A

**TEXT:**

Case called. Garrett Kaske and Troy Kessler appeared for Plaintiff Michal Konopka. Adrianna Grancio appeared by phone for the Funds Plaintiffs. Adam Mocciolo and Ayelen Rodriguez appeared for Defendant Aterian Investment Management, LP. Discussions held. The parties agreed to a motion briefing schedule. Defendant shall serve its motion to dismiss by **7/15/2025**. Plaintiffs shall file their respective opposition papers by **8/15/2025**. Defendant shall serve its reply papers by

**9/15/2025**. Defendant shall then file the bundled motion on ECF by **9/15/2025**. The parties are directed to Judge Reyes' Individual Rule IV(B)(3) for directions on filing a bundled motion. The parties are also encouraged to meet and confer regarding settlement.