UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KNOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS LOCAL UNION NO. 1 OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(K) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND<br><br>Plaintiffs,<br><br>-against-<br><br>PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK LLC, PACE FIELD SERIES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC, d/b/a EAGLESTONE NY, LLC and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,<br><br>Defendants. | 25cv811 (RER/CLP)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-entitled action on behalf of the Plaintiffs, Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, 401(K) Savings Plan, Trustees of the United Association National Pension Fund and Trustees of the International Training Fund, and demand that any and all papers in this action be served upon the undersigned, addressed as follows:

O'Donoghue & O'Donoghue LLP
Attn: Diana Cohn
5301 Wisconsin Ave. N.W. Suite 800
Washington, D.C. 20015
Tel: (202) 362-0041
Email: dcohn@odonoghuelaw.com

Dated: Washington, D.C.
June 27, 2025

                                 By:  /s/
Diana R. Cohn (NY Bar No. 6141097)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20015
(202) 362-0041
dcohn@odonoghuelaw.com

2023739.1