UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHAEL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,

                                              Plaintiffs,

-against-

PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,

                                              Defendants.

25 CV 811 (RER) (CLP)

**<u>NOTICE OF MOTION</u>**

---

TO THE CLERK OF THE COURT and COUNSELORS:

      PLEASE TAKE NOTICE, that upon the annexed declaration of Adrianna R. Grancio, Esq., dated July 1, 2025, and the exhibit annexed thereto; and the annexed Memorandum of Law, and upon all pleadings and proceedings heretofore had herein, counsel for Plaintiffs Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, Trustees of the United Association National Pension Fund, and the Trustees of the International

Training Fund, will move this Court before the Honorable Cheryl L. Pollak at the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting Virginia & Ambinder, LLP's motion to withdraw as counsel of record for Plaintiffs' and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
       July 1, 2025

                                                Respectfully submitted,

                                                **VIRGINIA & AMBINDER, LLP**

                        By:      */s/ Adrianna R. Grancio*
                                                Adrianna R. Grancio, Esq.
                                                40 Broad Street, 7th Floor
                                                New York, New York 10004
                                                (212) 943-9080
                                                agrancio@vandallp.com
                                                *Attorneys for Plaintiffs*