UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br>                                                        Plaintiffs, <br><br> -against- <br><br> PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS, <br><br>                                                        Defendants. | 25 CV 811 (RER) (CLP) |

**CERTIFICATE OF SERVICE**

This is to certify that, on Tuesday, July 1, 2025, I have caused to be served via first class and electronic mail the Notice of Virginia & Ambinder, LLP's ("V&A's") Motion to Withdraw as Counsel (Dkt. No. 35), Declaration of Adrianna R. Grancio, Esq. in Support of V&A's Motion to Withdraw with Exhibits A and B (Dkt. No. 36), and Memorandum of Law in Support of V&A's Motion to Withdraw (Dkt. No. 37), upon Plaintiffs Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, Trustees of the United Association National Pension Fund, and Trustees of the International Training Fund, as listed below:

Trustees of the Plumbers Local Union No. 1 Welfare Fund,
Trade Education Fund, and 401(k) Savings Plan
c/o Wendy Salvatierra, Administrator
50-02 5th Street, 2nd Floor
Long Island City, New York 11101
wsalvatierra@nypl1f.org

Trustees of the United Association National Pension Fund
and Trustees of the International Training Fund
103 Oronoco Street
Alexandria, Virginia 22314

Trustees of the United Association National Pension Fund
and Trustees of the International Training Fund
c/o Jacob Szewczyk, Esq.
jszewczyk@odonoghuelaw.com

Dated: New York, New York          **VIRGINIA & AMBINDER, LLP**
July 2, 2025

*/s/ Adrianna R. Grancio*
Adrianna R. Grancio, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
agrancio@vandallp.com