UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br>                                                               Plaintiffs, <br><br> -against- <br><br> PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS, <br><br>                                                               Defendants. | 25 CV 811 (RER) (CLP) <br><br> **STIPULATION OF SUBSTITUTION OF COUNSEL** |

**IT IS HEREBY STIPULATED AND CONSENTED TO** that O'Donoghue & O'Donoghue, LLP, with its office located at 5301 Wisconsin Avenue, N.W., Suite 800, Washington, D.C. 20015, be substituted as attorneys of record for the Plaintiffs Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, Trustees of the United Association National Pension Fund, and the Trustees of the International Training Fund, in the above entitled action in place and instead of Virginia & Ambinder, LLP.

Dated: June 27, 2025

| | |
|---|---|
| **VIRGINIA & AMBINDER, LLP** | **O'DONOGHUE & O'DONOGHUE, LLP** |
| By: *Adrianna Grancio* | By: *Diana Cohn* |
| Adrianna R. Grancio, Esq. | Diana Cohn, Esq. |
| 40 Broad Street, 7th Fl. | 5301 Wisconsin Avenue, N.W. |
| New York, NY 10004 | Suite 800 |
| (212) 943-9080 | Washington D.C., 20015 |
| agrancio@vandallp.com | (202) 362-0041 |
| | dcohn@odonoghuelaw.com |

**TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(k) SAVINGS PLAN**

By: *Paul O'Connor*
Paul O'Connor
Co-Chairman

By: _____
Marie Cardoza
Co-Chairman

**TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND**

By: *Toni Inscoe*
Toni Inscoe
Administrator

**SO ORDERED:**

_____
Cheryl L. Pollak, U.S.M.J.

2

| | |
|---|---|
| **VIRGINIA & AMBINDER, LLP** | **O'DONOGHUE & O'DONOGHUE, LLP** |
| By: _____ <br> Adrianna R. Grancio, Esq. <br> 40 Broad Street, 7th Fl. <br> New York, NY 10004 <br> (212) 943-9080 <br> agrancio@vandallp.com | By: _____ <br> Diana Cohn, Esq. <br> 5301 Wisconsin Avenue, N.W. <br> Suite 800 <br> Washington D.C., 20015 <br> (202) 362-0041 <br> dcohn@odonoghuelaw.com |

**TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, AND 401(k) SAVINGS PLAN**

By: */s/ Paul O'Connor*
Paul O'Connor
Co-Chairman

By: */s/ Marie Cardoza*
Marie Cardoza
Co-Chairman

**TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND**

By: _____
Toni Inscoe
Administrator

SO ORDERED:

/s/ Cheryl L. Pollak
**Cheryl L. Pollak, U.S.M.J.**

7/3/2025

2