

August 11, 2025

**Via ECF**
Hon. Ramon E. Reyes, Jr., U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Konopka, et al. v. Pace Plumbing Corp. et al.*
              No. 1:25 Civ. 811 (RER)(CLP)

Dear Judge Reyes:

    This office represents Plaintiffs in the above-captioned matter. Pursuant to Section I(G)(1) of the Your Honor's Individual Practice Rules, Plaintiffs write to request a 14-day extension of Plaintiffs' deadline to serve their opposition to Defendant Aterian's motion to dismiss, along with a commensurate extension for Defendant Aterian to serve its reply and file their papers under the Court's bundling rule. Plaintiffs seek this extension to facilitate continued discussions among the parties as to the propriety of Defendant Aterian's inclusion as a named Defendant and to accommodate Plaintiffs' counsel's summer travel.

    The requested extensions and original dates, as noted in the minute entry docketed as ECF No. 33, are as follows:

| Deadline | Original Date | Extension Date |
|---|---|---|
| Plaintiff to serve opposition papers | August 15, 2025 | August 29, 2025 |
| Defendant to serve reply papers | September 15, 2025 | October 13, 2025 |
| Defendant to file the bundled motion | September 15, 2025 | October 13, 2025 |

    Defendant Aterian consents to this request.

    Thank you for the Your Honor's anticipated time and attention to this matter.

                                                 Respectfully submitted,

                                                 /s/ Troy L. Kessler
                                                   Troy L. Kessler

cc: Counsel of Record