UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KNOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS LOCAL UNION NO. 1 OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(K) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND<br><br>                            Plaintiffs,<br><br>      -against-<br><br>PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK LLC, PACE FIELD SERIES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC, d/b/a EAGLESTONE NY, LLC and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,<br><br>                           Defendants. | 25cv811 (RER/CLP)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

     PLEASE TAKE NOTICE, that the undersigned hereby appears in the above-entitled action on behalf of the Plaintiffs, Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, 401(K) Savings Plan, Trustees of the United Association National Pension Fund and Trustees of the International Training Fund, and demand that any and all papers in this action be served upon the undersigned, addressed as follows:

                    O'Donoghue & O'Donoghue LLP
                    Attn: Rebecca W. Richardson
                    5301 Wisconsin Ave. N.W. Suite 800
                    Washington, D.C. 20015
                    Telephone:    (202) 362-0041
                    Email: rrichardson@odonoghuelaw.com

Dated: Washington, D.C.
September 5, 2025

By:      _____/s/_____

Rebecca W. Richardson
(NY Bar No. 5050612)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20015
(202) 362-0041
rrichardson@odonoghuelaw.com