

Adam S. Mocciolo

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

T: 212 880 3800
F: 212 880 8965
DirF: 212 259 8511
adam.mocciolo@akerman.com

October 10, 2025

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   Konopka, et al. v. Pace Plumbing Corp. et al.
      No. 1:25-cv-811(RER)(CLP)

Dear Judge Reyes:

      This firm represents defendant Aterian Investment Partners L.P. ("Defendant" or "Aterian") in the above captioned matter.  Pursuant to Section I(G)(1) of Your Honor's Individual Practice Rules, Defendant writes, jointly on behalf of the parties and with plaintiffs' consent, to request a 7-day extension of Defendant's deadline to serve its reply to plaintiffs' opposition to Aterian's motion to dismiss and file its papers under the Court's bundling rule.  Defendant seeks this extension of time due to unforeseen conflicts with depositions that have arisen in another matter.

      The original due dates, as noted in the minute entry order docketed on August 12, 2025, and the requested extensions are as follows:

| Deadline | Original Due Date | Extension Date |
|---|---|---|
| Defendant to serve reply papers | October 13, 2025 | October 20, 2025 |
| Defendant to file the bundled motion | October 13, 2025 | October 20, 2025 |

akerman.com

83495418;1

Hon. Ramon E. Reyes, Jr.
October 10, 2025
Page 2
_____


Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

/s/ Adam S. Mocciolo
Adam S. Mocciolo

cc: Counsel of Record

83495418;1