UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>                                              Plaintiff,<br><br>- against -<br><br>PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,<br><br>                                              Defendants. | 1:25-cv-00811-RER-CLP<br><br>Date of service May 20, 2025 |

## DEFENDANT ATERIAN'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Aterian Investment Partners L.P. ("Aterian") hereby moves to dismiss the plaintiffs' claims against Aterian, with prejudice. As more specifically set forth in the accompanying memorandum of law, the plaintiffs' First Amended Complaint fails to state a claim upon which relief can be granted against Aterian,

1

because it does not adequately plead any of the factors in the test for determining whether related entities constitute a "single employer" for purposes of a WARN Act claim. The complaint should be dismissed with prejudice because the plaintiffs have already sought twice to state such a single-employer claim in their pleadings, the second time specifically seeking to implead Aterian through an amendment. There is no reason to believe a third attempt would lead to a different result, and the ensuing trouble and expense would unfairly burden Aterian.

Date: New York, New York

May 20, 2025

**AKERMAN LLP**

By: /s/ *Adam S. Mocciolo*
    Adam S. Mocciolo
    1251 Avenue of the Americas, 37th Floor
    New York, New York 10020
    Tel.: 212.880.3800
    adam.mocciolo@akerman.com

    Dustin B. Hillsley (pro hac vice motion forthcoming)
    201 East Las Olas Boulevard
    Suite 1800
    Fort Lauderdale, FL 33301
    Tel.: 954.463.2700
    dustin.hillsley@akerman.com

    *Attorneys for Defendant Aterian Investment Management L.P.*

## **CERTIFICATION**

      The foregoing was served on counsel of record by email to accompany the movant's letter requesting a pre-motion conference, or mailed to any counsel/parties unable to accept electronic notices. This document will be electronically filed with the court in accordance with any schedule set by the court

                                              */s/ Adam S. Mocciolo*
                                              Adam S. Mocciolo