**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,

                    Plaintiff,

- against -


PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,

                    Defendants.

1:25-cv-00811-RER-CLP

---

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Defendant Aterian Investment Management, LP moves, with the consent of the plaintiffs, for an extension of two weeks, from Friday July 31, 2026 to and including Friday August 14, 2026, to answer the complaint.  This is the first requested extension of the pleading deadline.  Aterian seeks the extension because of competing practice obligations and pre-planned absences of its counsel from their offices around the time that the court's ruling on the motion to dismiss, which triggered the filing deadline for the answer, was issued.  In the meantime, counsel have worked out, and will be submitting to the magistrate judge on schedule, a proposed case scheduling order and discovery plan.

Date:   New York, New York          **AKERMAN LLP**

July 30, 2026

By: /s/ *Adam S. Mocciolo*
Adam S. Mocciolo
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel.: 212.880.3800
adam.mocciolo@akerman.com

Dustin B. Hillsley (pro hac vice motion forthcoming)
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, FL 33301
Tel.: 954.463.2700
dustin.hillsley@akerman.com

*Attorneys for Defendant Aterian Investment Management L.P.*

1

## CERTIFICATION

The foregoing will be electronically filed with the court's CM/ECF system, and mailed to any counsel/parties unable to accept electronic notices.


*/s/ Adam S. Mocciolo*
Adam S. Mocciolo

2