UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

Michael Konopka and Dragan Bosotine, and on behalf of themselves and all others similarly situated, Plumbers Unions Local No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Fitting Industry of the United States and Canada, Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, Trustees of the United Association National Pension Fund, and Trustees of the International Training Fund, ,

Plaintiff(s),

v.

Pace Plumbing Corp., Pace Plumbing Delaware Corp., The Pace Companies New York, LLC, Pace Field Services, LLC d/b/a Pace Mechanical, and Eaglestone, LLC d/b/a Eaglestone NY, LLC, and Aterian Investment Management, LP d/b/a Aterian Investment Partners,

,

Defendant(s).

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

Docket No.

1:25 ____ -CV- 00811 _____

( RER )(PCG)

## DISCOVERY PLAN AND [PROPOSED] SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

### I.     Case Management Schedule

| Event | Proposed Deadline (*Write "Complete" if done or "N/A" if not applicable*) |
|---|---|
| **Exchange of Fed R. Civ. P. 26(a)(1) disclosures** (*Presumptively on or before the initial conference*) | August 18, 2026 |
| **Exchange of initial interrogatories and document requests** (*Presumptively on or before the initial conference*) | August 25, 2026 |
| **Amendment of pleadings absent leave of the Court** | September 4, 2026 |
| **Joinder of additional parties** | September 4, 2026 |

1

Rev. 1/8/2026

| | |
|---|---|
| **Completion of fact discovery**<br>(*Presumptively no more than 90-150 days after the initial conference*) | November 23, 2026 |
| **Service of Plaintiff(s) expert disclosures** | November 30, 2026, or N/A if no experts |
| **Service of Defendant(s) expert disclosures** | December 21, 2026, or N/A if no experts |
| **Completion of all discovery, including depositions**<br>(*Presumptively no later than 9 months after the initial conference*) | January 13, 2027 |
| **Deadline to initiate dispositive motion practice**<br>(*Unless the parties consent to Judge Cross-Goldenberg, this date must be consistent with the assigned District Judge's Individual Practices and Rules*) | January 27, 2027, or per the Hon. Judge Cross-Goldenberg's Individual Rules |

## II.    Other Matters Addressed During Parties' Rule 26(f) Conference

1.    The parties propose that the Court hold a settlement conference or refer the case to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8 at the following point in discovery (*e.g.* as soon as possible, prior to depositions, after depositions of the parties, prior to expert discovery, etc.):

   At the Court's earliest convenience.
   _____

   Check all that apply:

   ☒ Parties request a settlement conference with the Court

   ☐ Parties request a referral to Court-annexed Mediation

   ☐ Parties intend to pursue a private mediation or arbitration

2.    Have the parties discussed the existence of **electronically stored information (ESI)** and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? ☐ Yes  ☒ No

3.    Have the parties agreed to an **ESI protocol**? ☐ Yes  ☒ No  ☐ Not applicable

4.    Have the parties discussed issues and reached agreement about how they will handle **claims of privilege or protection as trial preparation materials**?

   ☐ Yes  ☒ No

5.     If the parties are requesting that the Court issue any additional discovery related orders, including any proposed order related to the timing and method for complying with Rule 26(b)(5)(A) or asserting claims of privilege or protection as trial preparation materials after information is produced, please detail those requests below (adding additional rows if necessary):

| Description of Proposed Order with Relevant Authority | Proposed Language |
|---|---|
| N/A | |
| | |

6.     The parties are asked to discuss the **option to consent to Judge Cross-Goldenberg for all purposes** pursuant to 28 U.S.C. Section 636(c).  Either or both parties may withhold consent without adverse consequences. If the parties agree to consent to Judge Cross-Goldenberg, they are encouraged file the consent form (available at https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf) prior to the initial conference.  Check one of the options below:

      ☐ The parties have discussed the option and **all parties consent**.  The parties will file the consent form prior to the initial conference.

      ☒ The parties have discussed the option and one or more parties **do not consent** at this time.[1]

---

[1] As a reminder, for cases assigned directly to Judge Cross-Goldenberg under the Eastern District of New York's Direct Assignment Program, the parties must file an acknowledgement form within seven days of the initial conference if they do not consent.

Rev. 1/8/2026

The dates proposed in this Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED BY:

| Attorney for Plaintiff | Attorney for Defendant(s) |
|---|---|
| Name:  Garrett Kaske, Esq. | Name:    Adam Mocciolo, Esq. |
| Address:  534 Broadhollow Road<br>Suite 275<br>Melville, NY 11747 | Address: 1251 Avenue of the Americas,<br>37th Floor<br>New York, NY 10020 |
| Telephone:  631-499-9100 | Telephone:  212-259-6448 |
| Email:  gkaske@kesslermatura.com | Email:  adam.mocciolo@akerman.com |

**SO ORDERED:**

Dated: Brooklyn, New York

_____

_____

**PEGGY CROSS-GOLDENBERG**
United States Magistrate Judge