**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>*Plaintiffs*,<br><br>v.<br><br>PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,<br><br>*Defendants*. | Case No.: 1:25-cv-00811-RER-CLP<br><br>**ECF Case**<br><br>**NOTICE OF WITHDRAWAL OF LAMINA BOWEN, MARTIN L. ROTH, AND MICHAEL K. SCIACCOTTA** |

TO THE CLERK OF THE COURT and COUNSELORS:

**PLEASE TAKE NOTICE** that Lamina Bowen, Martin L. Roth, and Michael K.

Sciaccotta of Kirkland and Ellis, LLP, hereby withdraws as counsel of record for Defendant

Aterian Investment Management, LP d/b/a Aterian Investment Partners in the above-captioned

action.

Adam S. Mocciolo, attorney of the law firm Akerman, LLP, remains as counsel of record

for Defendant.

Dated: August 04, 2026
      New York, New York

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Lamina Bowen*

Lamina Bowen
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
lamina.bowen@kirkland.com

Martin L. Roth, P.C. (admitted *pro hac vice*)
Michael K. Sciaccotta (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel.:  (312) 861-7170
martin.roth@kirkland.com
michael.sciaccotta@kirkland.com

*Counsel for Aterian Investment Partners*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 4th day of August 2026, true and correct copies of the foregoing document and attachments thereto were served upon all counsel of record via the Court's CM/ECF system.

*/s/ Lamina Bowen*
Lamina Bowen
