akerman

Adam S. Mocciolo

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

T: 212 880 3800
F: 212 880 8965
DirF: 212 259 8511
adam.mocciolo@akerman.com

September 22, 2026

*Via CM/ECF*
Hon. Peggy Cross-Goldenberg
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Konopka, et al. v. Pace Plumbing Corp. et al.; No. 1:25-cv-811(RER)(PCG)
Joint letter motion for continuance of settlement conference due to scheduling conflicts

Dear Judge Cross-Goldenberg,

My firm represents defendant Aterian Investment Management LP in this action. I write on behalf of my client and the plaintiffs, to jointly request rescheduling of the September 29, 2026 settlement conference in this matter. If the court's schedule permits, the parties would like to meet on **Thursday October 15, 2026**, please. As the court will recall, the conference was jointly requested by the parties as part of their submission of the proposed scheduling order in the case, without specifying a particular date. It has turned out that not all of the parties are available on the date the court selected in response to the request, and it has taken some time to identify another date on which they and counsel are all available. October 15 is the only date thus far on which we have been able to find shared availability. In the event October 15 is not convenient for the court, may we respectfully ask if there are other dates, in the second half of October, on which the court could accommodate us?

This is the first request for a continuance of this conference, and a continuance is not expected to affect any other deadline or scheduled event in the action.

Thank you both for the court's understanding with respect to scheduling and for its assistance in our settlement discussions.

Respectfully submitted,

*/s/ Adam S. Mocciolo*

cc: counsel of record (via CM/ECF)