UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, and TRUSTEES OF THE PLUMBERS LOCAL NO. 1 WELFARE FUND,TRADE EDUCATIONS FUND and 401(K) SAVINGS PLAN, TRUSTTES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,

Plaintiffs,

- against -

PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, LP d/b/a ATERIAN INVESTMENT PARTNERS,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 25 cv 811 (RER) (PCG)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that on behalf of Plaintiff, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, the undersigned attorney, admitted to practice before this Court, appears as counsel of record.

Dated: October 2, 2026
New York, New York

PITTA LLP
/s/ *Trevor Hanrahan*
Trevor Hanrahan
40 Wall Street, 24th Floor
New York, NY 10004
thanrahan@pittalaw.com
(212) 652-3890