**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

MICHAL KONOPKA and DRAGAN BOSOTINA, and on behalf of themselves and all others similarly situated, PLUMBERS UNION LOCAL NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND FITTING INDUSTRY OF THE UNITED STATES AND CANADA, TRUSTEES OF THE PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, TRADE EDUCATION FUND, and 401(k) SAVINGS PLAN, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,

Plaintiffs,

- against -

PACE PLUMBING CORP., PACE PLUMBING DELAWARE CORP., THE PACE COMPANIES NEW YORK, LLC, PACE FIELD SERVICES, LLC d/b/a PACE MECHANICAL, and EAGLESTONE, LLC d/b/a EAGLESTONE NY, LLC, and ATERIAN INVESTMENT MANAGEMENT, L.P. d/b/a ATERIAN INVESTMENT PARTNERS,

Defendants.

1:25-cv-00811-RER-CLP

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christopher R. Lepore, Esq., hereby enters his appearance in this action as an additional attorney for Defendant Aterian Investment Management, L.P. d/b/a Aterian Investment Partners.

Date: New York, New York
October 6, 2026

**AKERMAN LLP**

By: */s/ Christopher R. Lepore*
Christopher R. Lepore, Esq.
1251 Avenue of the Americas, 37th Floor
New York, New York 10020

71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Tel.: 212.880.3800; 312.634.5715
christopher.lepore@akerman.com

*Attorneys for Defendant Aterian Investment Management, L.P.*