akerman

Raymond J. Berti

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6421
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6454
raymond.berti@akerman.com

October 28, 2026

**VIA ECF**

Hon. Peggy Cross-Goldenberg
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Konopka, et al. v. Pace Plumbing Corp., et al.*, No. 1:25-cv-811**

Dear Judge Cross-Goldenberg:

This firm represents Defendant Aterian Investment Management, L.P. ("Aterian") in the above-referenced action. Pursuant to Your Honor's Individual Practices and Your Honor's Order entered on October 28, 2026, Aterian submits this unopposed, renewed letter motion for leave to file an Amended Answer pursuant to Fed. R. Civ. P. 15(a)(2) and Local Civil Rule 15.1. A red-lined copy of Aterian's proposed Amended Answer is attached hereto as Exhibit "A," and a clean copy is attached as Exhibit "B" hereto.

After recently assuming responsibility for the case after the September 30th departure of former Akerman LLP colleague Adam Mocciolo (*see* ECF Nos. 54, 56), the undersigned counsel has determined that amendment of Aterian's Answer is appropriate to correct certain representations and to assert certain affirmative defenses. The relief sought in this letter motion is limited, would not affect any other deadlines in this action, would not prejudice any other party, and is not opposed by Plaintiffs. Further, it is well established that leave to amend should be freely given absent some showing of futility, undue delay, bad faith or dilatory motive, or undue prejudice – none of which are present here. *See, e.g.*, *Barnes v. NYU Winthrop Langone Hosp.*, No. 24-CV-6875, 2026 WL 1786347, at *2 (E.D.N.Y. June 22, 2026) ("Because [Plaintiff] fails to identify any reason the Court should deny leave, the motion to amend is granted").

For these reasons, Aterian respectfully requests that the Court grant Aterian leave to file the proposed Amended Answer. We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Raymond J. Berti*

Raymond J. Berti

cc: All counsel of record (via ECF)