KESSLER MATURA

November 4, 2026

**<u>Via ECF</u>**
Hon. Peggy Cross-Goldenberg, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Konopka, et al. v. Pace Plumbing Corp. et al.***
**No. 1:25 Civ. 811 (RER)(PCG)**

Dear Judge Cross-Goldenberg:

We write on behalf of the Parties to request a discovery extension. Pursuant to Section I(C) of the Your Honor's Individual Practice Rules, we respectfully request a 30-day extension of the deadline to complete fact discovery from November 23 to December 23. This is the Parties' first request to extend the discovery deadline. The Parties seek this additional time to complete paper discovery within the month and hold depositions in early December.

The requested extension would affect four additional deadlines from the Court's scheduling order (ECF No. 48). The Parties respectfully request that these dates be adjusted as follows:

| Deadline | Original Date | Extension Date |
|---|---|---|
| Service of Plaintiffs' Expert Disclosures | November 30 | December 30 |
| Service of Defendant's Expert Disclosures | December 21 | January 20, 2027 |
| Completion of All Discovery, Including Depositions | January 17, 2027 | February 16, 2027 |
| Deadline to Initiate Dispositive Motions Under the Rules of Hon. Ramon E. Reyes, U.S.D.J. | January 27, 2027 | February 26, 2027 |

Thank you for the Your Honor's anticipated time and attention to this matter.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record