UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAL KONOPKA, *et al.*, Plaintiffs, -against- PACE PLUMBING CORP., *et. al.*, Defendants. | 25-CV-00811-RER-PCG **NOTICE OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

TO: Garrett D. Kaske
Troy L. Kessler
Kessler Matura P.C.
445 Broadhollow Road, Suite 316
Melville, NY 11747
gkaske@kesslermatura.com
tkessler@kesslermatura.com

Jane L. Barker
Trevor Hanrahan
Pitta LLP
40 Wall Street, 24th Floor
New York, NY 10005
jbarker@pittalaw.com
thanrahan@pittalaw.com

Christopher Rocco Lepore
Akerman LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
christopher.lepore@akerman.com

Raymond Joseph Berti
Reeya Khurana
Akerman LLP
1251 Avenue of the Americas, Fl. 37
New York, NY 10020
raymond.berti@akerman.com
reeya.khurana@akerman.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Hannah L. Uricchio, will move this Court pursuant to Rule 1.3(i) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of O'Donoghue & O'Donoghue LLP and a member in good standing of the Bars of the State of Maryland and the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs Trustees of the Plumbers Local Union

No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, Trustees of the United Association National Pension Fund, and Trustees of the International Training Fund. There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: November 13, 2026

/s/ Hannah L. Uricchio

Hannah L. Uricchio, Esq.
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
(202) 274-2483 (direct)
huricchio@odonoghuelaw.com