UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Michal Konopka, et al.

Plaintiff(s),

v.

PACE Plumbing Corp., et al.

Defendant(s).

---

25-CV-00811-RER-PCG

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Hannah L. Uricchio, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of O'Donoghue & O'Donoghue LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Maryland and the District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: MD: 1612130316 DC: 90041114
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 25-CV-00811-RER-PCG for Plaintiffs Trustees of the Plumbers Local Union No 1 Welfare Fund, et al., Trustees of the UA National Pension Fund, and International Training Fund.

Date 11/12/26

Washington, D.C.

[Signature]

Signature of Movant
Firm Name O'Donoghue & O'Donoghue LLP
Address 5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
Email huricchio@odonoghuelaw.com
Phone 202-274-2483

**NOTARIZED**

DISTRICT OF COLUMBIA NOTARY PUBLIC Exp. 10/14/2030

District of Columbia
Signed and sworn to (or affirmed) before me on November 12, 26 by Hannah L. Uricchio
Date Name(s) of Individual(s) making statement

[Signature]
Signature of Notarial Officer
Notary
Title of Office
My commission expires: 10/14/2030