UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAL KONOPKA, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>PACE PLUMBING CORP., *et. al.*,<br><br>Defendants. | 25-CV-00811-RER-PCG<br><br>**ORDER FOR ADMISSION <u>PRO HAC VICE</u>** |

The Motion of Hannah L. Uricchio, for admission to practice *pro hac vice* in the above-captioned action is granted.

Hannah L Uricchio has declared that she is a member in good standing of the bars of the state of Maryland and the District of Columbia; and that her contact information is as follows:

Applicant Name: Hannah L. Uricchio

Firm Name: O'Donoghue & O'Donoghue LLP

Address: 5301 Wisconsin Avenue, NW, Suite 800

City/State/Zip: Washington, DC 20015

Telephone/Fax: (202) 274-2483 (direct); (202) 362 2640 (fax)

Hannah L. Uricchio having requested admission *pro hac vice* to appear for all purposes as counsel for the Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(k) Savings Plan, Trustees of the United Association National Pension Fund, and Trustees of the International Training Fund, in the above-entitled action;

**IT IS HEREBY ORDERED** that Hannah L. Uricchio is admitted to practice *pro hac vice* in the above-captioned case in the United Stated District Court for the Eastern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ________________________ ________________________________________
United States Magistrate Judge