UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAL KONOPKA, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>PACE PLUMBING CORP., *et. al.*,<br><br>Defendants. | 25-CV-00811-RER-PCG<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action on behalf of the Plaintiffs, Trustees of the Plumbers Local Union No. 1 Welfare Fund, Trade Education Fund, and 401(K) Savings Plan, Trustees of the United Association National Pension Fund, and Trustees of the International Training Fund, and demands that any and all papers in this action be served upon the undersigned, addressed as follows:

O'Donoghue & O'Donoghue LLP
Attn: Hannah L. Uricchio
5301 Wisconsin Avenue, N.W. Suite 800
Washington, DC 20015
Telephone: (202) 274-2483 (direct)
Email: huricchio@odonoghuelaw.com

Respectfully submitted,

Dated: Washington, DC
November 23, 2026

/s/ Hannah L. Uricchio
Hannah L. Uricchio
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
(202) 274-2483 (direct)
huricchio@odonoghuelaw.com